# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LYLE D. BELLMON,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CASE NO. CIV-14-814-D |
| **ENVIRO-CLEAN SERVICES, L.L.C.,** | ) ) ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff, Lyle D. Bellmon, hereby stipulates with the defendant, Enviro-Clean Services, L.L.C., that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

                        s/Raymond C. Durbin
                        OBA No. 2554
                        601 NW 13th Street
                        Oklahoma City, OK 73103-2213
                        Telephone:   (405) 521-0577
                        Fax:              (405) 525-0528
                        E-mail:         durbinlaw@flash.net

                        ATTORNEY FOR PLAINTIFF

s/Michael F. Lauderdale
OBA No. 14264
Kristin M. Simpsen, OBA No. 22302
McAfee & Taft
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, Oklahoma 73102-7101
Phone:        (405) 235-9621
Fax:          (405) 235-0439
E-mail:       michael.lauderdale@mcafeetaft.com
              kristin.simpsen@mcafeetaft.com

ATTORNEYS FOR DEFENDANT